UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-1489
_____

STONEMOR, INC.

v.

THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 469,
Appellant
_____

On Appeal from the United States District Court
For the District of New Jersey
(D.C. No. 3-22-cv-1388)
District Judge:  Honorable Georgette Castner
_____

Argued
March 5, 2024

Before:   JORDAN, PHIPPS, and FREEMAN, *Circuit Judges*

(Filed July 10, 2024)
_____

ORDER AMENDING OPINION
_____

IT IS ORDERED that the opinion in the above case, filed July 10, 2024, be amended as follows:

Page 8 of the opinion, footnote 3, second paragraph, the first sentence, "StoneMor" shall be changed to "the Union":

By the Court,


  s/   Kent A. Jordan
Circuit Judge

Dated: August 2, 2024
Amr/cc: All counsel of record